FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 30  AM 8: 03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STELLA DELAY                                            CIVIL ACTION

VERSUS                                                  NO. 04-3070

JO ANNE B. BARNHART                                     SECTION: R(3)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

### ORDER

The Court having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Commissioner's Motion for Summary Judgment is GRANTED, Plaintiff's Motion for Summary Judgment is DENIED and the plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 29th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____